IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE R. MARSHALL,

        Plaintiff,                                    No. CIV S-06-1884 GGH

        vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

        Defendants.                                ORDER TO SHOW CAUSE

_____/

        On September 11, 2006, the court entered its order granting plaintiff's request to proceed in forma pauperis and directing the Clerk to forward to plaintiff a summons form and a USM-285 form. Pursuant to that order, within 15 days from the September 11th filed date of the order, plaintiff was to provide the United States Marshal with the information to complete service of process. The court has not received a proof of service showing that the defendant has been served, and the U.S. Marshal has no record of the documentation being filed with their office.

\\\\\

\\\\\

\\\\\

1

THEREFORE, plaintiff is ordered to show cause, within twenty (20) days, why this case should not be dismissed for failure to serve.  Fed. R. Civ. P. 4(m).

DATED: 12/20/06

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:035
mars1884.osc