Kevin C. Thurber, SBN 157307
Thurber Law Offices
P O Box 582
Santa Clara CA 95052-0582
(408) 247-7538

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE R. MARSHALL,<br><br>        Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br><br>Commissioner of Social Security,<br><br>Defendant | **Case No.: CIV S-06-1884**<br><br>**Order Granting Extension of Time**<br><br>**For Service of Process** |

On December 20, 2006, this court issued an Order to Show Cause why this case should not be dismissed for failure to serve under Fed.R.Civ.P.4(m).

On January 17, 2007, Plaintiff's attorney caused to be filed a Response to the Order to Show Cause and additionally filed a Request for Extension of Time for Service of Process.

The court, finding good cause, hereby orders that no later than five (5) days from the date of this order, Plaintiff's Attorney shall provide the U.S. Marshall a summons

form and a USM-285 form, to be subsequently served on defendant.

     Plaintiff's Attorney shall immediately file an Affidavit with this court that he has complied with this order.

Dated: 1/22/07

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

Marshall.ord