```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    GRACE B. CARTER
 4  Special Assistant United States Attorney

 5      333 Market Street, Suite 1500
        San Francisco, California 94105
 6      Telephone:  (415) 977-8977
        Facsimile:  (415) 744-0134
 7      E-Mail: Grace.Carter@ssa.gov

 8  Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| LEE R. MARSHALL,            )<br>                             )<br>       Plaintiff,           )<br>                             )<br>         v.                 )<br>                             )<br>MICHAEL J. ASTRUE,           )<br>Commissioner of             )<br>Social Security,            )<br>                             )<br>       Defendant.           )<br>_____) | CIVIL NO. 2:06-CV-01884-GGH<br><br>STIPULATION AND ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 20 days to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing.  The current due date is June 25, 2007.  The new due date will be July 16, 2007.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

Dated: June 25, 2007                    /s/ Kevin C. Thurber
                                        (As authorized via telephone on June 25, 2007)
                                        KEVIN C. THURBER
                                        Attorney for Plaintiff

| | |
|---|---|
| Dated: June 25, 2007 | McGREGOR W. SCOTT<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ Grace B. Carter<br>GRACE B. CARTER<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: 6/27/07            /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

marshall.eot